CENTER FOR DISABILITY ACCESS
RAYMOND G. BALLISTER, JR., ESQ., SBN 111282
MARK D. POTTER, ESQ., SBN 166317
9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
RayBallister@CDA4Access.com
Attorney for Plaintiff, DIXIE CAROL LIEBICH

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIXIE CAROL LIEBICH,<br><br>Plaintiff,<br><br>v.<br><br>SHARE OUR SELVES CORPORATION, A California Corporation, and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: SACV 09-1376 AG (ANx)<br><br>**ORDER DISMISSING CASE** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: August 6, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE